# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IRTH SOLUTIONS, LLC,**

       **Plaintiff,**

  v.

**WINDSTREAM COMMUNICATIONS LLC,**

       **Defendant.**

Case No. 2:16-CV-00219-JLG
JUDGE JAMES L. GRAHAM
Magistrate Judge Jolson

## ORDER

Pursuant to this Court's May 4, 2017 Order, Plaintiff and Movant KorTerra, Inc. met and conferred regarding Plaintiff's Motion to Compel Compliance with Subpoena Served Upon KorTerra, Inc. (Doc. 39). The parties have cooperated and reached an agreement. (*See* Doc. 54). Accordingly, Plaintiff's Motion to Compel Compliance with Subpoena Served Upon KorTerra, Inc. (Doc. 39) is DENIED as MOOT, without prejudice. Plaintiff's rights to seek additional production and KorTerra's rights to resist production are reserved. (*See* Doc. 54). Finally, if another dispute arises between Plaintiff and KorTerra, the parties are DIRECTED to schedule a conference with the Court prior to filing a motion.

IT IS SO ORDERED.

Date: May 11, 2017

                                 /s/Kimberly A. Jolson
                                 KIMBERLY A. JOLSON
                                 UNITED STATES MAGISTRATE JUDGE